**CLOSED**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

STEVEN GROHS,　　　　　　　　　　　　　:　　　Civil No. 09-5273 (NLH)
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　Plaintiff,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:　　　**ORDER**
　　　　v.　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
GEORGE W. HAYMAN, et al.,　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　Defendants.　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:

For the reasons expressed in the Opinion filed herewith,

IT IS on this 29th day of April, 2011,

ORDERED that the Clerk shall reopen the file and shall make a new and separate docket entry reading "CIVIL CASE REOPENED;" and it is further

ORDERED that the federal claims raised in the Second Amended Complaint (Docket Entry #11) are DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted; and it is further

ORDERED that the Court declines to exercise supplemental jurisdiction over claims arising under New Jersey law; and it is further

ORDERED that the Clerk shall serve this Order and the accompanying Opinion upon Plaintiff, shall administratively terminate the file, and shall make a new and separate docket entry reading "CIVIL CASE TERMINATED."

　　　　　　　　　　　　　　　　　　　　/s/ Noel L. Hillman
　　　　　　　　　　　　　　　　　　**NOEL L. HILLMAN, U.S.D.J.**
At Camden, New Jersey